EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI   2286
Chief, Narcotics Section
THOMAS C. KOENIG   3704
Special Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: (808) 356-4402
Facsimile: (808) 356-4499
tkoenig@HI-HIDTA.org

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 04-00386 DAE |
| Plaintiff, | ORDER FOR DISMISSAL |
| vs. | |
| ELI KALALUHI,   (01) | |
| Defendant. | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the

Indictment against ELI KALALUHI, without prejudice, on the ground that prosecution of the above captioned charges is declined at this time.

The defendant is not in custody on the dismissed charges listed above.

DATED: Honolulu, Hawaii, _____MAR 1 1 2005_____.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By _____
Thomas C. Koenig
Special Assistant
U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

DAVID ALAN EZRA

_____
UNITED STATES DISTRICT JUDGE

United States v. ELI KALALUHI
Cr. No. CR. NO. 04-00386 DAE
Order for Dismissal